
# WARRANT OF ARREST

**United States District Court**

DISTRICT: WESTERN DISTRICT OF WISCONSIN

DOCKET NO.: 22 CR 110

MAGISTRATE JUDGE CASE NO.: WMC

United States of America

v.

Jade Deeny

Defendant.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Jade Deeny

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Distribution of Cocaine; Possession with Intent to Distribute Cocaine; Possession with Intent to Distribute 50 grams or more Methamphetamine; Possession of a firearm in furtherance of a drug trafficking crime; Maintaining a drug trafficking premises; and Possession of a firearm by a felon

IN VIOLATION OF TITLE: 21 U.S.C. Section(s) 841(a)(1); 856(a)(1); 18 USC § 922(g)(1) & 18 USC.§ 924(c)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

Ordered By: Federal Judge/Magistrate Judge Stephen L. Crocker

Date Order:

Clerk of Court:    (By) Deputy Clerk

Date Issued: 9/15/2022

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

Date Received:              Date Executed:

Name and Title of Arresting Officer:        Signature of Arresting Officer: