IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. __22-cr-110-wmc____ |
| | 21 U.S.C. § 841(a)(1) |
| JADE DEENY, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about June 6, 2022, in the Western District of Wisconsin, the defendant,

JADE DEENY,

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 2

On or about June 6, 2022, in the Western District of Wisconsin, the defendant,

JADE DEENY,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Diamondback Arms .556 caliber rifle, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

11-22-2022
Date

TIMOTHY M. O'SHEA
United States Attorney